1

1
2      THE UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF ALABAMA
3          SOUTHERN DIVISION
4  MISTY C. JONES,       :
                         :
5      Plaintiff    :
                    :
6  -vs-             :
              : # 99-J-1857-S
7  BANK ONE, KENTUCKY, NA;
   EXPERIAN INFORMATION   :
8  SOLUTIONS, INC., and   :
   TRANS UNION, LLC,      :
9                         :
       Defendants   :
10
         Philadelphia, Pennsylvania
11          February 11, 2000
12
13
14        Pretrial examination of EILEEN
15  LITTLE, taken on behalf of the Plaintiff at
16  the offices of MARION, SATZBERG, TRICHON,
17  KOGAN & WERTHEIMER, 1818 Market Street,
18  Philadelphia, Pennsylvania, on the above
19  date, commencing at 2:30 p.m., before
20  Julie Zatuchni, Registered Professional
21  Reporter.
22
         KAPLAN, LEAMAN AND WOLFE
23   Registered Professional Reporters
      111 South Independence Mall East
24    Philadelphia, Pennsylvania 19106
            (215)922-7112


         KAPLAN, LEAMAN AND WOLFE

125

1
2 sent to a creditor who is inquiring about a
3 customer?
4 A.     They would list the derogatory
5 information first.
6 Q.     So this information, this
7 derogatory information about Bank One would
8 be listed first?
9 A.     Yes.
10 Q.    So the derogatory information in
11 Bank One is the first information that's
12 going to be on the credit report of Misty
13 Jones at least as of 9/17/98?
14 A.    Yes.
15 Q.    And what are the derogatory
16 portions of that report again, just the
17 Bank One?
18 A.    That it was a charged off
19 account.
20 Q.    Where do I see that?
21 A.    Status as of 6/97, and included
22 in bankruptcy.
23      MR. LUCKMAN: My copy's not
24 great, but it looks like the bracket's to

KAPLAN, LEAMAN AND WOLFE

126

1
2  the left of included.
3       MR. LORANT: It is, and a lot of
4  copies aren't great and that's because your
5  copies weren't great. We have a lot of
6  stuff that's going to be missing on the
7  sides. If you can fill those in when we
8  get there.
9  BY MR. LORANT:
10 Q.     I'm going to go through line for
11 line left to right starting where it says
12 Bank One Kentucky, that's the creditor
13 who's reporting the information?
14 A.     Correct.
15 Q.     And then to the right of that is
16 the account number and it may or may not be
17 the identical account number. It could be
18 scrambled?
19 A.     Yes.
20 Q.     And then it's an installment
21 account?
22 A.     Yes.
23 Q.     The next line, included in
24 bankruptcy?


KAPLAN, LEAMAN AND WOLFE

1
2 A. Yes.
3 Q. What does that mean?
4 A. That the account was included in
5 a bankruptcy.
6 Q. What are the various ways of
7 stating that information? Is that a coded
8 information, some information that Bank One
9 has coded in that has printed out, included
10 in bankruptcy, or did they type it in?
11 A. It's a coded field and then we
12 print it out.
13 Q. What are the various coded fields
14 that would set out bankruptcy?
15 A. I need the dispute manual.
16 Q. What are they called?
17 A. Remark Codes.
18 Q. They're going to be toward the
19 back?
20 A. Yes.
21 Q. Page 56 -- no, Page 69.
22 A. It's in the back of the book.
23 Q. So included in bankruptcy is
24 coming from which codes?

128

1
2         MR. LUCKMAN: Can we go off the
3   record for a second?
4         MR. LORANT: Sure.
5         (Discussion off the record.)
6   BY MR. LORANT:
7   Q.      While Bruce looks, Miss Little --
8   A.      I can answer it. The creditor
9   can report the bankruptcy code and
10  in order --
11  Q.      Which is what?
12  A.      They can report CBL, CBR, BKL,
13  the bankruptcy codes and then that
14  information in order to put it in the
15  English form so it's a consumer friendly
16  form, we'll put, included in bankruptcy.
17  But it's based off this remark code that's
18  being generated by the creditor.
19  Q.      It's either CBL, CBR or BKL? How
20  do they --
21  A.      That's what they're reporting,
22  that this report was included in the
23  bankruptcy. The account was in a Chapter 7
24  bankruptcy or a Chapter 11, so we put,

KAPLAN, LEAMAN AND WOLFE

129

1
2 included in bankruptcy, in the consumer
3 friendly version of the credit report.
4 Q.     So are you saying that something
5 came in from Bank One that has a code
6 number on it and then somebody at Trans
7 Union had something?
8 A.     It would be part of the Metro
9 format to transcribe that to be included in
10 the bankruptcy.
11 Q.     Do we know how Bank One reported
12 it?
13 A.     I don't know exactly what code
14 was on their tape. No, I don't have that.
15 Q.     Where do we get that?
16 A.     Because that's what they're
17 reporting. I don't know which one of the
18 bankruptcy codes they passed on their tape,
19 but they're stating it was included in the
20 bankruptcy.
21 Q.     My question is why did it show up
22 included in bankruptcy? Did somebody whose
23 brain says okay it's a BKL or CBR, so I'm
24 going to type, included in bankruptcy?

KAPLAN, LEAMAN AND WOLFE

130

1
2  A.    They report under those codes and
3  then it's generated onto the credit report.
4  Q.    So somebody received information
5  from Bank One and that information either
6  said CBL, CBR or BKL; right?
7  A.    Yes.
8  Q.    And someone at Trans Union typed
9  in CBR, CBL?
10 A.    No.
11 Q.    Somebody looked at the Metro?
12 A.    No. Bank One creates their
13 automated tape. That tape gets run into
14 the system.
15 Q.    Into your system?
16 A.    Right. Before the information on
17 that tape hits the consumer's file it has
18 to pass through all those fields, so the
19 field that was passed was the bankruptcy
20 code. Based on that code, then this
21 information would be generated that it was
22 included in a bankruptcy.
23 Q.    So would any code, any of those
24 three codes generate the same three words,

KAPLAN, LEAMAN AND WOLFE

1
2 included in bankruptcy?
3 A.    Yes.
4 Q.    Are those all of the codes that
5 are potential bankruptcy codes?
6 A.    No. There are other bankruptcy
7 codes.
8 Q.    That could have been on Bank
9 One's tape?
10 A.   No, that if they were they would
11 have generated a different message.
12 Q.   What are the other bankruptcy
13 codes and again you're referring to
14 Plaintiff's Exhibit 1?
15 A.   Yes.
16      MR. LUCKMAN: Could we go off the
17 record.
18      MR. LORANT: Sure.
19      (Discussion off the record.)
20      MR. LUCKMAN: I'm leafing through
21 this thick document and I found a Code 67.
22 BY MR. LORANT:
23 Q.   You're going through the remarks
24 codes and you're finding the bankruptcy

KAPLAN, LEAMAN AND WOLFE

132

1
2  type codes that will lead to, included in
3  bankruptcy, and then you're gonna tell me
4  other bankruptcy codes and what they would
5  end up saying?
6  A.     CBL Chapter 7 bankruptcy, CBR
7  Chapter 11, BKL is a bankruptcy code.
8  Q.     Are they all going to end up on
9  the credit report as included in
10 bankruptcy?
11 A.     Yes; CBR, CBL and BKL.
12 Q.     The system translates it into
13 that?
14 A.     Yes, based on the code that the
15 subscriber puts in. There is PBB, primary
16 borrower bankrupt and there's PBR, the same
17 message, primary bear bankrupter.
18 Q.     What message would this be?
19 A.     Primary borrower bankrupt.
20     MR. LUCKMAN: On Page A19 of the
21 Metro guide you see the code that's
22 associated with the remark.
23     MR. LORANT: Does it have a
24 remark on it?


KAPLAN, LEAMAN AND WOLFE

133

1
2      MR. LUCKMAN: You said PBB. For
3 the record, I'm just following the remark
4 codes from her manual in the larger manual
5 and I'm locating that code and then it's
6 got the Metro.
7      MR. LORANT: And the Metro says?
8      MR. LUCKMAN: Same thing. It
9 says what the witness said, just gives an
10 extra code which is the Metro code.
11 BY MR. LORANT:
12 Q.     So PBB and PBR we can always
13 assume on the written report it means
14 primary borrower and bankruptcy?
15 A.     Yes.
16 Q.     Keep going. We're going through
17 the remarks code and Miss Little is telling
18 us any codes that are bankruptcy related
19 and what they would translate into by the
20 system?
21 A.     SEB, which is secondary borrower
22 bankrupt. That's it. I'm sorry, WEP would
23 be, wage earner plan.
24 Q.     That's like a debtors court or a

KAPLAN, LEAMAN AND WOLFE

134

1
2  credit court where they're paying?
3       MR. LUCKMAN: Are you familiar
4  with those terms.
5       THE WITNESS: His terms, no,
6  but --
7  BY MR. LORANT:
8  Q.    Wage earner plan?
9  A.    Yes. It's a bankruptcy in which
10 they agree to make the payments or
11 scheduled payments.
12 Q.    How about secondary borrower
13 bankruptcy, what is that?
14 A.    That one of the people on the
15 account went bankrupt.
16 Q.    And how about primary borrower
17 bankrupt, means the primary borrower is
18 bankrupt?
19 A.    Right.
20 Q.    Is there anything in Plaintiff's
21 Exhibit 8 that will alert a potential
22 creditor that Misty Jones is not in
23 bankruptcy?
24 A.    No. They're reporting just that

KAPLAN, LEAMAN AND WOLFE

135

1
2 the account was included in a bankruptcy.
3 Q.     Is there anything that would
4 alert a creditor that Misty Jones was not
5 in bankruptcy?
6      MR. LUCKMAN: I'll object to the
7 form of the question. You can answer.
8      THE WITNESS: On this report,
9 no.
10 BY MR. LORANT:
11 Q.     And across from there is
12 automobile and again we're going from left
13 to right and that's just what this account
14 is on?
15 A.     Yes.
16 Q.     It's on 8/98, which is just the
17 month before this particular report?
18 A.     Yes.
19 Q.     And the balance showed owing is
20 0?
21 A.     Yes.
22 Q.     Is that derogatory?
23 A.     No.
24 Q.     What does that mean?

KAPLAN, LEAMAN AND WOLFE

142

1
2  Q.    Do you ever review these, what's
3  it called, Consumer Disclosure Reports, do
4  you review the Consumer Disclosure Reports
5  similar to Plaintiff's Exhibit 8, do you
6  ever review them in your line of work?
7  A.    When I'm reviewing consumer
8  relations activity, if a consumer would
9  call -- there are opportunities that I've
10 reviewed the reports, yes.
11 Q.    In looking at this report, on
12 Page 2 of the report, are there any other
13 derogatory comments or negative comments or
14 adverse comments on the report other than
15 the Bank One?
16 A.    No.
17 Q.    Are there any steps for assuming
18 a dispute has been made and the consumer
19 report claims that the creditor's entry is
20 invalid. Does anyone ever look at these
21 consumer reports to see, to look for
22 consistency or patterns?
23 A.    No.
24 Q.    For example, the Kentucky, the

KAPLAN, LEAMAN AND WOLFE

1
2 Bank One account is very derogatory and
3 negative and adverse; correct?
4 A. Correct.
5 Q. But the rest of them are not at
6 all adverse?
7 A. Correct.
8 Q. Or derogatory or negative?
9 A. Correct.
10 Q. Does anyone ever look and say
11 maybe there's some problem here or are
12 there any way of flagging the accounts to
13 see if there are problems when one
14 particular creditor's report is drastically
15 different than the others?
16   MR. LUCKMAN: I'll object to the
17 form.
18   THE WITNESS: No. I mean, you
19 could have a problem with one creditor and
20 I don't think that's relevant to the
21 whole credit report.
22 BY MR. LORANT:
23 Q. Do you find that the Bank One
24 report is substantially inconsistent with

```
 1
 2  the remaining reported items?
 3  A.      It's reported different than the
 4  other ones, yes.
 5  Q.      And that's not surprising to you?
 6  A.      Not at all.
 7          MR. LUCKMAN: Object to the
 8  form.
 9  BY MR. LORANT:
10  Q.      Are there any means set up
11  through investigators or through Trans
12  Union's computers or anything to flag a
13  consumer's file or report when there is a
14  difference such as the one between Bank One
15  when compared to the remaining creditors?
16  A.      No.
17  Q.      This report was sent, Exhibit 8
18  was sent to three different -- we don't
19  know if it was this report or not, do we.
20  Do the list of subscribers to whom this
21  report was sent of every subscriber or
22  every subscriber that may have gotten a
23  different report?
24  A.      Every inquiry is posted to her
```

KAPLAN, LEAMAN AND WOLFE