UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RACHEL SPECTOR

v.                                          CASE NO. 3:02CV 861 (MRK)

TRANS UNION LLC
FIRST USA BANK, N.A.                        November 17, 2003

**PLAINTIFF'S MOTION TO SUPPLEMENT OPPOSITION
TO TRANS UNION'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully requests the Court to consider the reasoning in a recent decision

denying summary judgment to Trans Union in an analogous situation, Soghomonian v. Trans

Union, 278 F. Supp. 2d 1151 (E.D. Cal. 2003).

Plaintiff also requests the Court to consider the attached testimony of Trans Union's

affiant, Eileen Little. First, her testimony contradicts her affidavit that a bankruptcy notation in

an individual's account means it was included in someone else's bankruptcy. Second, her

testimony shows that Trans Union's investigation was intentionally unreasonable, since Trans

Union does not consider salient factors in the credit file such as the absence of public record

bankruptcy and the absence of other items mentioning bankruptcy.

THE PLAINTIFF

BY_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511
(203) 772-0395
j.faulkner@snet.net