10/17/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday November 17, 2003

10:15 a.m.

CASE NO.  3-02-cv-861 Spector v Trans Union LLC
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Ira W. Bloom | Wake, See, Dimes & Bryniczka, 27 Imperial Ave., Po Box 777, Westport, CT 227-9545 |
| Timothy P. Creech | Satzberg, Trichon, Kogan & Wertheimer, 1818 Market St., 30th Fl., Philadelphia, PA 215-575-7600 |
| Joanne S. Faulkner | Law Offices of Joanne Faulkner, 123 Avon St., New Haven, CT 203-772-0395 |
| Bruce Luckman | Satzberg, Trichon, Kogan & Wertheimer, 1818 Market St., 30th Fl., Philadelphia, PA 215-575-7600 |

STATUS CONFERENCE HELD

DATE: 11/17/03

35 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK