UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RACHEL SPECTOR, | : | |
| Plaintiff, | : | |
| v. | : | No.   3:02cv861 (MRK) |
| TRANS UNION LLC FIRST USA BANK, N.A. | : | |
| Defendant. | : | |

### ORDER

Plaintiff's Motion To Supplement Opposition to Trans Union's Motion For Summary Judgment [doc. #117], dated November 17, 2003, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 18, 2003.