HONORABLE Mark R. Kravitz CT/cvmhrg (January 10, 2002)
DEPUTY CLERK K. Ghilardi   RPTR/ERO/TAPE M. Sherman

TOTAL TIME: 1 hours 45 minutes

DATE Dec. 23, 2003   START TIME 11:35   END TIME 1:20
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Spector
vs.
Trans Union LLC et al

CIVIL NO. 3:02cv861mRK

Joanne S. Faulkner
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Bruce Luckman
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| | Doc# | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | #63 | For Summary Judgement (Def) | ☐ | ☐ | ☑ |
| ☑ | #66 | (Pla) mot Partial S.J. | ☐ | ☐ | ☑ |
| ☑ | #81 | Sup Mot (Def) Sum. Judgement | ☐ | ☐ | ☑ |
| ☑ | #76 | (Pla) mot to Strike Declaration | ☐ | ☑ | ☐ |
| ☑ | #74 | Motion to Consolidate (Def) | ☐ | ☑ | ☐ |

Oral Motion _____
Oral Motion _____
Oral Motion _____
Oral Motion _____

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

Hearing continued until _____ at _____