UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RACHEL SPECTOR,

          Plaintiff,

v.                                  No.    3:02cv861 (MRK)

TRANS UNION LLC
FIRST USA BANK, N.A.

          Defendant.

## ORDER

Trans Union LLC's Motion To Supplement Motion For Summary Judgment [doc. #81], dated March 25, 2003, is hereby **GRANTED** nunc pro tunc.

                                            IT IS SO ORDERED.

                                            _____
                                            Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: February 3, 2004.