IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL SPECTOR<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, and<br>FIRST USA BANK, N.A.<br><br>Defendants. | C.A. NO. 3:02-CV-861 MRK<br><br>DATED: March 5, 2004 |
| RACHEL SPECTOR<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC<br><br>Defendants. | C.A. NO. 3:03-CV-00251 MRK |

FILED
Mar 12  9 47 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### TRANS UNION'S THIRD MOTION TO COMPEL DEPOSITION OF PLAINTIFF, FOR SANCTIONS AND FOR APPOINTMENT OF SPECIAL MASTER

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, moves, for the third time, to compel the deposition of Plaintiff, for sanctions against plaintiff and her counsel and for the appointment of a special master to supervise the deposition of plaintiff.

In addition, Trans Union seeks an order directing plaintiff's counsel to refrain from testifying, making suggestive/leading objections, or from making inappropriate instructions to the deponent not to answer questions.

Accordingly, for the reasons set forth in the attached memorandum of law, Declaration and Good Faith Certificate of Bruce S. Luckman, Esq., and exhibits thereto, Trans Union respectfully moves this Court for a third Order compelling Plaintiff to appear at deposition before the court or a special master and directing her counsel to abide by the rules of civil

procedure during the conduct of the deposition, and for sanctions as deemed appropriate by this Court.

                              Respectfully Submitted,

                              /s/

                              BRUCE S. LUCKMAN (ct 10830)
                              TIMOTHY P. CREECH (*PHV*)ct24399
                              SATZBERG, TRICHON,
                               KOGAN & WERTHEIMER, P.C.
                              1818 Market St., 30th Floor
                              Philadelphia, PA 19103
                              (215) 575-7600; Fax: (215) 575-7688
                              email: bluckman@mstkw.com

*Local Counsel:*

Ira W. Bloom, Esq. (ct 07629)
WAKE, SEE, DIMES & BRYNICZKA
27 Imperial Ave., P.O. Box 777
Westport, CT 06881-0777
(203) 227-9545; Fax: (203) 226-1641
email: ibloom@wsdb.com

*Counsel for Defendant,
Trans Union LLC*