UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Discovery Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

Wednesday, April 14, 2004
9:30 a.m.

CASE NO. **3:02cv861 MRK**   **Spector v Trans Union LLC et al**

Joanne S. Faulkner
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422
203-772-0395

STATUS CONFERENCE HELD
DATE: 4/14/04
30 Min

Ira W. Bloom
Wake, See, Dimes & Bryniczka
27 Imperial Ave., Po Box 777
Westport, CT 06881
203-227-9545

Timothy P. Creech
Satzberg, Trichon, Kogan & Wertheimer
1818 Market St., 30th Fl.
Philadelphia, PA 19103-3699
215-575-7600

Bruce Luckman
Satzberg, Trichon, Kogan & Wertheimer
1818 Market St., 30th Fl.
Philadelphia, PA 19103-3699
215-575-7600

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK